IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RYAN WALTERS, in his official capacity as the Oklahoma Superintendent of Public Instruction, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity,[1] et al.,<br><br>Defendants. | Case No. CIV-25-00056-JD |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to Answer or Otherwise Respond to the Complaint ("Motion"). [Doc. No. 5]. The Motion seeks to extend all Defendants' deadlines to answer, move against, or otherwise respond to Plaintiffs' Complaint to May 23, 2025.

For good cause shown and under Federal Rule of Civil Procedure 6(b) and LCvR7.1(h), the Court GRANTS the Motion and extends the deadlines for all Defendants to answer, move against, or otherwise respond to Plaintiffs' Complaint to **May 23, 2025**.

IT IS SO ORDERED this 19th day of March 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] Under Federal Rule of Civil Procedure 25(d), Ms. Noem is hereby substituted for Alejandro Myorkas. Following this Order, captions for all filings going forward should reflect this change.